**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Martha Robbins | § | Case No. 15-03081 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 291,325.00<br>*(Without deducting any secured claims)* | Assets Exempt: 279,788.94 |
| Total Distributions to Claimants: 7,218.69 | Claims Discharged<br>Without Payment: 587,918.07 |
| Total Expenses of Administration: 1,781.31 | |

3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 443,309.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,781.31 | 1,781.31 | 1,781.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,319.30 | 42,508.46 | 42,508.46 | 7,218.69 |
| **TOTAL DISBURSEMENTS** | $ 552,628.30 | $ 44,289.77 | $ 44,289.77 | $ 9,000.00 |

4) This case was originally filed under chapter 7 on 01/30/2015 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2018 By:/s/Joji Takada, Chapter 7 Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Farming equipment implements | 1229-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 9,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Asset Recovery RJW 350 One Citizens Drive Riverside, RI 02915 | | 0.00 | NA | NA | 0.00 |
| | Charter One Na 870 Westminster St Providence, RI 02903 | | 76,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 339,253.00 | NA | NA | 0.00 |
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | 27,756.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 443,309.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| Joji Takada | 2200-000 | NA | 16.83 | 16.83 | 16.83 |
| Associated Bank | 2600-000 | NA | 114.48 | 114.48 | 114.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,781.31 | $ 1,781.31 | $ 1,781.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 10,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 10,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Amex P.o. Box 981537 El Paso, TX 79998 | | 2,620.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 5,816.00 | NA | NA | 0.00 |
| | Bk Of Amer PO Box 15047 Wilmington, DE 19850-5047 | | 33,265.00 | NA | NA | 0.00 |
| | Bk Of Amer PO Box 15047 Wilmington, DE 19850-5047 | | 5,774.00 | NA | NA | 0.00 |
| | Capital One 15000 Capital One Drive Richmond, VA 23238 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 17,651.00 | NA | NA | 0.00 |
| | LTD Financial Services 7322 Southwest Freeway, Suite 1600 Houston, TX 77074 | | 12,053.30 | NA | NA | 0.00 |
| | Phillips & Cohen Associates Ltd PO Box 5790 Hauppauge, NY 11788-0164 | | 0.00 | NA | NA | 0.00 |
| | Unvl/citi Po Box 6241 Sioux Falls, SD 57117 | | 12,873.00 | NA | NA | 0.00 |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | 9,267.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 1,573.13 | 1,573.13 | 267.15 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 9,158.35 | 9,158.35 | 1,555.25 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 13,573.58 | 13,573.58 | 2,305.03 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 18,203.40 | 18,203.40 | 3,091.26 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 99,319.30 | $ 42,508.46 | $ 42,508.46 | $ 7,218.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-03081 | BWB | Judge: Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Martha Robbins | | | Date Filed (f) or Converted (c): | 01/30/2015 (f) |
| | | | | 341(a) Meeting Date: | 02/26/2015 |
| For Period Ending: | 04/15/2018 | | | Claims Bar Date: | 10/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence At 1885 Harvey Road, Oswego, Il 60543 | 281,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand. | 50.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Checking Account. | 1,638.94 | 0.00 | | 0.00 | FA |
| 4. West Suburban Bank Checking Account. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings. | 800.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel. | 800.00 | 0.00 | | 0.00 | FA |
| 7. Sep Ira | 275,000.00 | 0.00 | | 0.00 | FA |
| 8. 100 % Ownership Of Martha Robbins And Associates. Closed 20 | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Nissan Rogue. | 10,325.00 | 0.00 | | 0.00 | FA |
| 10. Farming equipment implements (u)<br><br>John Deer tractor 2305 Model 200x; Frong end loader tractor series 380 Model 200CX | 7,000.00 | 0.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $578,113.94 | $0.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromised with Debtor re: tractor. - Joji Takada 9/30/2015

Consulting with accountant re: estate tax returns. - Joji Takada 12/22/2015

Consulting with accountant re: estate tax returns. - Joji Takada 6/22/2016

TFR in process. - Joji Takada 11/20/2016

TFr with UST review. - Joji Takada 12/16/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018

Initial Projected Date of Final Report (TFR): 06/30/2016 Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-03081

Case Name: Martha Robbins

Taxpayer ID No: XX-XXX5060

For Period Ending: 04/15/2018

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0098

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/15 | 10 | Martha Robbins & Associates | Settlement payment Payment from debtor re compromise of interest in tractor and trailer | 1229-000 | $8,600.00 | | $8,600.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,590.00 |
| 08/11/15 | 10 | Martha Robbins | Settlement payment Remaining proceeds re compromise of tractor and trailer | 1229-000 | $400.00 | | $8,990.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.17 | $8,976.83 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.92 | $8,963.91 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.33 | $8,950.58 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.88 | $8,937.70 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.29 | $8,924.41 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.27 | $8,911.14 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.39 | $8,898.75 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.23 | $8,885.52 |
| 03/18/18 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,650.00 | $7,235.52 |
| | | | Page Subtotals: | | $9,000.00 | $1,764.48 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-03081
Case Name: Martha Robbins

Taxpayer ID No: XX-XXX5060
For Period Ending: 04/15/2018

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0098
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $16.83 | $7,218.69 |
| 03/18/18 | 1003 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $2,305.03 | $4,913.66 |
| 03/18/18 | 1004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $3,091.26 | $1,822.40 |
| 03/18/18 | 1005 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $267.15 | $1,555.25 |
| 03/18/18 | 1006 | Portfolio Recovery Associates, Llc<br>Successor To U.S. Bank National<br>Association (Us Bank)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $1,555.25 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,235.52 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| XXXXXX0098 - Checking | | $9,000.00 | $9,000.00 | $0.00 |
| | | $9,000.00 | $9,000.00 | $0.00 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Allocation Receipts: | $0.00 | | | |
| Total Net Deposits: | $9,000.00 | | | |
| Total Gross Receipts: | $9,000.00 | | | |

Page Subtotals: $0.00 $0.00